# COURT MINUTES

## Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor

Date: 09/25/2026 Time: 10:00 AM

Defendant: Carlos Giovanni Guerrero Torres J#: 52730-506 Case #: 22-CR-20104-BECERRA

AUSA: Yara Dodin Attorney: Michael G. Smith -CJA

Violation: CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO CARRY OUT A VIOLATION OF SECTION 956 RESULTING IN DEATH

Proceeding: Detention Hearing; Arraign; Status Re:Indigency CJA Appt: ______

Bond/PTD Held: ☐ Yes ☐ No Recommended Bond: ______

Bond Set at: **STIP-PTD with right to revisit** Co-signed by: ______

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: Spanish

Disposition:

*Brady Order given on 9/21/26

Governments Ore Tenus request for PTD is Granted pursuant to stipulated detention with right to revisit. No hearing held

Defendant arraigned. Defendant's Ore Tenus request for entry of the Standing Discovery Order; Granted.

Defendant sworn and colloquied regarding his financial ability to contribute to the Court registry.

Defendant found indigent. No payment to the Court registry required.

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:17:44 Time in Court: 8 mins