**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-CR-20104-BECERRA**

UNITED STATES OF AMERICA,
Plaintiff,
v.

PALACIOS PALACIOS, et al,
Defendant.
_______________________________________/

**DEFENDANT'S JOINT NOTICE IN RESPONSE TO PAPERLESS ORDER (ECF NO. 2129)**

The defendants named in footnote 1, through undersigned counsel, give notice as the Court ordered in its Paperless Order, ECF No. 2129. [1]

1. On October 12, 2026, undersigned counsel met with representatives of the Government of Colombia, to discuss the Defendant's custody status and needs.
2. Financial assistance for legal fees was neither requested nor offered, and none will be provided. Neither the Government of Colombia nor anyone else has agreed to pay attorney's fees or defense costs for any Defendant, or to fund a retainer on a Defendant's behalf.

---

[1] The Movant Defendants, all of whom are represented by CJA-appointed counsel and their counsel are: Carlos Giovanni Guerrero Torres (Michael G. Smith); Victor Albeiro Pineda Cardona (Juan J. Michelen); Juan Carlos Yepes Clavijo (Jose-Carlos A. Villanueva); Angel Mario Yarce Sierra (Patrick D. Wilson); Jheyner Alberto Carmona Flores (Robert M. Perez); Edwin Enrique Blanquicet Rodriguez (Jose Rafael Rodriguez); Manuel Antonio Grosso Guarin (Richard A. Merlino, Jr.); Jhon Jairo Ramirez Gomez (Joseph S. Rosenbaum); Alejandro Giraldo Zapata (James Scott Benjamin); Neil Caceres Duran (Albert Z. Levin); Jhon Jader Andela (David A. Donet, Jr.); Enalber Vargas Gomez (Marc D. Seitles); John Jairo Suarez Alegria (Juan de Jesus Gonzalez); Gersain Mendivelso Jaimes (Nayib Hassan); Alex Miyer Peña (Ricardo P. Hermida); Naiser Franco Castaneda (Dustin M. Tischler).

3. The support discussed is limited to two things. First, assistance to Defendants' families in Colombia. Second, an effort by the Colombian Embassy to deposit funds into Defendants' commissary accounts. No amount or timing has been promised.
4. Undersigned counsel have received no information suggesting that retained counsel will enter an appearance for any of the retired Colombian soldiers. Appointed counsel remain counsel of record for their respective Defendants and are preparing for trial.
5. Undersigned counsel will notify the Court if any of this changes.

Dated: October 13, 2026

Respectfully submitted,

**STUMPHAUZER KOLAYA
& SLOMAN, PLLC**
Two South Biscayne Blvd.,
Suite 1600, Miami, FL 33131
Telephone: (305) 614-1400
*/s/ Juan J. Michelen*
Florida Bar No. 92901
jmichelen@skslegal.com

## CERTIFICATE OF SERVICE

I certify that on October 13, 2026, I filed this document through CM/ECF, which will serve all counsel of record.

*s/ Juan J. Michelen*