**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**CARLOS GIOVANNI GUERRERO TORRES et al.,**

**Defendant.**
_________________________________/

**UNITED STATES' NOTICE OF COMPLIANCE**
**WITH NOVEMBER 4, 2026, ORDER**

Pursuant to the Court's November 4, 2026, *ore tenus* order, the Government provides the following information. After conferring with a contact in the U.S. Marshal's Office, the Government has confirmed the following: (1) the U.S. Marshals and Broward County are willing to receive and house at least two pretrial detainees in this matter in Broward County facilities; (2) the Broward County facilities refused to provide information about their physical layout (i.e., number of floors or housing units) for security reasons.

The prosecution team is actively communicating with leadership within the U.S. Attorney's Office, the U.S. Marshal's Office, the Bureau of Prisons ("BOP"), and Broward County. The prosecution team has proposed solutions that should result in all pretrial detainees being moved into general population while maintaining the maximum degree of separation possible, particularly between the Colombian mercenaries and other defendants or cooperating witnesses. The prosecution team will continue taking all steps within its control, such as releasing holds on cooperating witnesses at the conclusion of the parties' cases in this trial, to expedite this solution. The prosecution team does not and cannot, however, dictate the timing of prisoner transfers and other steps that will need to be taken to implement this solution.

Respectfully submitted,

YARA LORENZO KLUKAS
Acting United States Attorney

By: */s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

*/s Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
altanese.phenelus@usdoj.gov

**Certificate of Service**

I hereby certify that on November 9, 2026, I filed the foregoing document via CM/ECF and thus served all counsel of record.

/s *Jason Wu*
Jason Wu
Assistant United States Attorney